LEGAL MAIL
PROVIDED TO
WAKULLA CI
APR 0 4 2016
FOR MAILING

To whom it may concern;

   I hope this note finds you and yours in both good health and spirits. Enclosed, you will find:
(1) Verified Complaint
(1) Summons
(1) Affidavit of Indigence
(1) Six Months Banking Statement
(1) Motion to proceed In Forma Pauperis
(1) Motion for appointment of counsel
(21) Plaintiff's Exhibits

4:16 CV214
MW / CAS

to be used in my desire to have said Complaint filed and initiated. Please accept my apology for my previous blunder of sending all of the above to the wrong address... (See attachment from the county court clerk), mia culpa..., faux pas; I pray you can forgive my mistake and overlook the error as I hope it doesn't cause a pain-in-the-neck.

   You will also find a few documents I felt a compulsion to enclose to exhibit the extent I had to go through in reference to my request to the Dept. of Correction's Administration, here, concerning my six-month banking statement so you can see all I had to go through for several months in my attempt to receive a copy of said statement. (Seems my requests were either "lost" completely, misrouted, diverted, stalled, circumnavigated, delayed, postponed, etc. etc. before they actually relented and gave me one....)

I am proceeding as a Pro Se litigant for now.... If I've missed anything, or if you have any questions, directions, instructions or requirements for me, please let me know.

Thank you..., for your time, patients, efforts, and assistance; I appreciate them all.

Respectfully,

Thomas A. Furman

Thomas A. Furman - 189292
Wakulla Corr. Inst. Annex
110 Melaleuca Drive
Crawfordville, Fl. 32327



# BOB INZER
## CLERK OF THE CIRCUIT COURT AND COMPTROLLER
WWW.CLERK.LEON.FL.US

COURTS DEPARTMENT ADMINISTRATION ♦ 301 S. MONROE STREET, #100 ♦ TALLAHASSEE, FL 32301
PHONE (850) 577-4011 ♦ FAX (850) 577-4013

Date: 3/29/16          Name/Case #: THOMAS A FURMAN # 189292

*We are returning the attached document(s) for the reason(s) indicated below:*

___ A Leon County case cannot be located by the name or case # provided.

___ Your case was removed/transferred from our court to _____ on _____.

___ Your document was received on _____. We are returning it because no case number or judge can be assigned until a petition is received. You may send this letter with your petition when it is filed.

___ Pursuant to court order dated _____.

___ The Clerk may not enter a default because other papers were filed or the proof of publication/return of service have not been filed.

___ The service fee for copies from court files is $1.00 per page. Please send the required written request, located on our website as "Request for Records", and payment.

*In response to your letter/inquiry:*

___ The filing fee for a civil action is $400.00. If you wish to file as indigent, you need to complete an **Application for Determination of Civil Indigence** or **Affidavit of Insolvency**, attached. Re the application, if declared indigent, the filing fees are waived. Re the affidavit, if declared indigent, there is a setup fee of $25.00, making the total filing fee of $425.00; return it and a **six-month printout** of your inmate bank account and this amount will be assessed as a lien on your inmate trust account.

___ We do not have forms available for your use. We are governed by the Florida Statutes, Florida Rules of Court, Florida Supreme Court orders, and administrative orders issued by the Chief Judge of the 2nd circuit. Please access www.clerk.leon.fl.us, Online Services, Forms, Court Forms, for other free online forms.

___ We received the case/your filing on _____.

___ Your case, _____ vs. _____ is assigned to Judge _____, Case # _____ filed on _____.

___ Enclosed are copies of _____.

___ A response was filed on _____. You have 20 days from that date in which to file your reply.

___ Your motion was received on _____, but no ruling has been entered.

___ Case disposed of as of _____.

___ On _____, mail sent to you was returned to our office. The mail was sent to _____. Your address information has been changed in our system, but you must notify other parties involved. If you have any other pending matters in our court, please send a Change of Contact Information form, located on our website, to our office and other parties.

___ Summons will be issued upon request. Please provide the correct name and physical address of the party/parties to be served. Summons will not be issued without this information and payment.

*For your information:*

___ Attached is a progress docket, indicating all pleadings and actions to date.

_X_ Other: Your filing was received on 3/28/16. We are returning it to you as it is styled UNITED STATES DISTRICT COURT NORTHER DISTRICT OF FLORIDA TALLAHASSEE DIVISION, not for this Court. The address for the United States District Court Northern District of Florida Tallahassee Division is 111 N. Adams Street, Tallahassee, FL 32301.

BOB INZER, CLERK

By: _____
      Deputy Clerk