# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THOMAS A. FURMAN,

      PLAINTIFF,

V.                                            Case No: 4:16-cv-214-MW/CAS

DR. HIPOLITO MATOS et al.,

      DEFENDANTS.

_____/

## DEFENDANT HARVEY'S MOTION TO DISMISS

Defendant Harvey ("Defendants"), through undersigned counsel and pursuant to Rule 12(b)(6), moves to dismiss the claim against her in Plaintiff's Second Amended Complaint. [Doc. 12] In support, Defendant Harvey states:

## STATEMENT OF FACTS

1.      Plaintiff, Thomas Furman, DC# 189292 ("Furman" or "Plaintiff") is an inmate in the custody of the Florida Department of Corrections ("FDC" or "Department"). [Doc. 12] Plaintiff has filed a § 1983 civil rights action against numerous officials, alleging mistreatment or non-treatment of Hepatitis C, in violation of the Eighth Amendment. [Doc. 12] Plaintiff is now on his Second Amended Complaint. [Doc. 12]

1

2.	Plaintiff's only allegation against Defendant Harvey is that when he filed grievances and/or grievance appeals, she was one of the individuals who responded to the grievances, denying the requests within. [Doc. 12 at 12, ¶40]

## MEMORANDUM OF LAW

### I. Defendant Harvey must be dismissed.

Plaintiff has sued Defendant Harvey in her official and individual capacity. [Id.] Plaintiff alleges that Harvey denied some of Plaintiff's grievances and/or grievance appeals in which he alleged inadequate medical treatment. [Id.] Plaintiff does not allege that Harvey is a doctor, nurse, or other medical professional. [Id.] In fact, Plaintiff specifically refers to Defendant Matos as "Dr. Matos," without providing Ms. Harvey a title, which would indicate that she is a medical professional. [Id. at 12, ¶40]

Plaintiff's allegations against Defendant Harvey are insufficient. Demm v. Charlotte County Jail Admin. & Staff, No. 2:04-cv-634-99-SPC, 2007 WL 57772, *4-*5(M.D. Fla. Jan. 5, 2007).  "Merely signing a grievance does not create liability where the signer had no personal involvement in the alleged violations." Cary v. McNeil, No. 1:09-CV-18-MP/AK, 2009 WL 631230, *1 (N.D. Fla. Mar. 6, 2009) (unpublished op.) (citing, Manney v. Monroe, 151 F. Supp. 2d 976 (N.D. Ill. 2001)). See also Gallagher v. Shelton, 587 F.3d 1063, 1069 (10th Cir. 2009); Grinter v. Knight, 532 F.3d 567, 576 (6th Cir. 2008); Shehee v. Luttrell, 199 F.3d 295, 300

(6th Cir. 1999); see also Lomholt v. Holder, 287 F.3d 683, 683 (8th Cir. 2002) (defendants' denial of plaintiff's grievances did not state a substantive constitutional claim).  Because Plaintiff has only alleged that Defendant Harvey has denied his grievances or grievance appeals, Harvey is due to be dismissed.

## CONCLUSION

Wherefore, based on the foregoing, Defendant Harvey should be dismissed from this case.

Respectfully submitted,

**PAMELA JO BONDI
ATTORNEY GENERAL**

/s/ Matthew F. Vitale
Matthew F. Vitale
Assistant Attorney General
Florida Bar No.: 0098163
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
matthew.vitale@myfloridalegal.com
*Counsel for Defendant Harvey*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

**I HEREBY CERTIFY** that the foregoing Memorandum of Law is two hundred twenty-six (226) words according to MS Word, in compliance with Northern District Local Rule 7.1(F).

/s/ Matthew F. Vitale
Matthew F. Vitale
Assistant Attorney General

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: Thomas A. Furman, DC#189292, Lake Correctional Institution, 19225 U.S. Highway 27, Clermont, Florida 34715-9025, on this 13th day of February, 2017.

/s/Matthew F. Vitale
Matthew F. Vitale
Assistant Attorney General